NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| : | **Hon. Dennis M. Cavanaugh** |
| DIRECTECH DELAWARE, INC., a: Delaware Corporation, f/k/a DirecTech, Inc.: and Directec, Inc., Individually and as: Assignee of Directech Southwest, Inc., a: Louisiana Corporation, : | **ORDER** |
| : | Civil Action No. 08-CV-3527 |
| Plaintiff, : | (DMC-MF) |
| : | |
| v. : | |
| : | |
| ALLSTAR SATELLITE, INC,., a New : Jersey Corporation, *et al.* | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon cross-motions by Directech Delaware, Inc. ("DirecTech' or "Plaintiff") and Staten Island Satellite, Inc. ("Staten") Allstar Satellite, Inc. ("Allstar") and David K. Cella ("Cella") (collectively, "Defendants") for summary judgment pursuant to Fed. R. Civ. P. 56. Pursuant to Fed. R. Civ. P. 78, no oral argument was heard. After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this   6th   day of May, 2010;

**ORDERED** with respect to Count I, summary judgment is **denied** as to both Plaintiff and Defendants; and further,

**ORDERED** with respect to Count II, summary judgment is **denied** with respect to Plaintiff and **granted** with respect to Defendants; and further,

**ORDERED** Count II of the Complaint is **dismissed**; and further,

**ORDERED** with respect to Count IV and VI summary judgment is **denied** as to both Plaintiff and Defendants; and further,

**ORDERED** with respect to Counts VIII and X, summary judgment is **denied** as to both Plaintiff and Defendants.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk
cc:           All Counsel of Record
              Hon. Mark Falk, U.S.M.J.
              File